# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

September 12, 2018

United States District Court
Northern District of Ohio
Office of the Clerk
801 West Superior Avenue
Cleveland,  Ohio 44113


Re: CITY OF WESTFIELD, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al
   Cause Number: 1:18−cv−02576−JMS−DML

To Whom it May Concern:

Pursuant to an Order dated 9/12/2018, the above file is being transferred to the United States District Court for the Northern District of Ohio. The case file has been transferred electronically to your court via CM/ECF.


Sincerely,

Laura A. Briggs


By:  s/Cecily Mount
   Cecily Mount, Deputy Clerk


cc: Counsel of record